ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    Facsimile: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YANZHE HE,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>    Defendant. | C 3:24-cv-01557 WHA<br><br>**PARTIES' STIPULATION TO DISMISS** |

    The parties, through their undersigned attorneys, hereby stipulate to dismissal of the above-entitled action without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each of the parties shall bear their own costs and fees. In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed below concur in the filing of this document.

    ///

    ///

    ///

    ///

Stipulation to Dismiss
C 3:24-cv-01557 WHA                      1

| | | |
|---|---|---|
| 1 | Dated: | Respectfully submitted, |
| 2 | | ISMAIL J. RAMSEY<br>United States Attorney |

*/s/ Elizabeth D. Kurlan*
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendant

Dated:

_____
ZHENG LIU
Aptum Law

YUXIU FANG
The Fang Law Firm

Attorneys for Plaintiff

**GRANTED**
*Judge William Alsup*

**DATED: 7/2/2024**